IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Glasper, Leonard M | Case Number:  08 B 02654 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 2/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 15, 2009
Confirmed:  May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,531.00 | |
| Secured: | | 3,172.17 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,069.64 |
| Trustee Fee: | | 289.19 |
| Other Funds: | | 0.00 |
| Totals: | 4,531.00 | 4,531.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 2,000.00 | 1,069.64 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 2,369.81 | 212.21 |
| 5. | Chicago Municipal Employees CU | Secured | 22,719.07 | 2,414.06 |
| 6. | Chicago Municipal Employees CU | Secured | 8,197.18 | 530.81 |
| 7. | American General Finance | Secured | 271.13 | 15.09 |
| 8. | CitiMortgage Inc | Secured | 14,162.13 | 0.00 |
| 9. | Chicago Municipal Employees CU | Unsecured | 0.00 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 11. | American General Finance | Unsecured | 29.65 | 0.00 |
| 12. | Nicor Gas | Unsecured | 85.81 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 59.21 | 0.00 |
| 14. | Cbe Group | Unsecured | | No Claim Filed |
| 15. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 16. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 49,893.99 | $ 4,241.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 26.39 |
| 6.5% | 261.94 |
| 6.6% | 0.86 |
| | $ 289.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Glasper, Leonard M

Printed: 03/10/09

Case Number: 08 B 02654
Judge: Wedoff, Eugene R
Filed: 2/6/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*